**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

|  |  |  |
|---|---|---|
| **YAZMIN GONZALEZ,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § § | **EP-23-CV-00266-KC** |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** a Tennessee Professional Limited Liability Company | § § § § § | |
| **Defendants.** | § § § | |

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS

The Plaintiff Yazmin Gonzalez files the Notice of Voluntary Dismissal pursuant to Fed. R. Civ P. 41(a)(1)(A)(i). Plaintiff's claims against Milberg Coleman Bryson Phillips Grossman, PLLC, are dismissed **with** prejudice.

August 18, 2023,                      Respectfully submitted,


s//: Yazmin Gonzalez

Yazmin Gonzalez
14205 Charles Pollock Ave
El Paso, TX 79938
(915) 820-1859
Yazminsoto580@gmail.com.

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2023, the foregoing document was electronically submitted to the clerk of the court for the Western District of Texas, using the electronic case filing system of the Court.  I certify that I have served all counsel of record via email a copy of the foregoing.

August 18, 2023,                           Respectfully submitted,

                                                 s//: Yazmin Gonzalez

                                                 Yazmin Gonzalez
                                                 14205 Charles Pollock Ave
                                                 El Paso, TX 79938
                                                 (915) 820-1859
                                                 Yazminsoto580@gmail.com.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

|  |  |  |
|---|---|---|
| **YAZMIN GONZALEZ,** | § § § § | |
| **Plaintiff,** | § § § | |
| v. | § § | **EP-23-CV-00266-KC** |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** a Tennessee Professional Limited Liability Company | § § § § § | |
| **Defendants.** | § § § | |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Defendant, Milberg Coleman Bryson Phillips Grossman, PLLC

_____ day of _____, 2023,

**ORDERED** that Plaintiff's Motion to Dismiss Defendant Milberg Coleman Bryson Phillips Grossman, PLLC, be and is hereby

**GRANTED**:

**SO ORDERED**

_____

United States District Judge