# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| YAZMIN GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CAUSE NO. EP:23-CV-266-KC |
| MILBERG COLEMAN BRYSON | § | |
| PHILLIPS GROSSMAN, PLLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered Plaintiff Yazmin Gonzalez's Notice of Voluntary Dismissal of Claims and Motion to Dismiss, ECF No. 3, filed on August 18, 2023, in the above-captioned case. Upon due consideration, the Motion is **GRANTED**. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Proposed Order of Dismissal, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 22nd day of August, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE